### 18175.   WHATLEY v. THE STATE.

LUKE, J.  It appearing from the bill of exceptions and the record that the bill of exceptions was presented to the trial judge more than twenty days from the date of the judgment excepted to (the overruling of defendant's motion for a new trial), this court is without jurisdiction to entertain the case.

*Writ of error dismissed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 14, 1927.

Possessing liquor; from Early superior court.   Judge Yeomans. April 6, 1927.

*Lowrey Stone,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnolds, E. C. Hill,* contra.

Criminal Law, 17 C. J. p. 148, n. 73 New.